UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>W.A. RASIC CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | Case No.   2:20-CV-02351-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>[Filed Concurrently with Stipulation]<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed:  November 24, 2020<br>Trial Date:           NONE |

### [ORDER]

The Court, having reviewed the Stipulation to Extend Time for Defendant to File Responsive Pleading, and good cause appearing thereof, the Court grants the Stipulation and hereby ORDERS:

1. That Defendant W.A. Rasic Construction Company, Inc. shall file a responsive pleading no later than January 14, 2021.

IT IS SO ORDERED

CERTIFICATE OF SERVICE

1

2  DATED: December 23, 2020    /s/ John A. Mendez
3                                                            THE HONORABLE JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE

- 2 -